THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIKVA WOLFF,<br><br>                Plaintiff,<br><br>     v.<br><br>HOLLAND AMERICA LINE INC., a Washington corporation, and COREA & CO., LTD., dba COREA'S CARRIBEAN ADVENTURES, a foreign company,<br><br>                Defendants. | No. CV09-0050<br><br>**NOTICE OF APPEARANCE** |

TO:    THE CLERK OF THE COURT;

AND:  Plaintiff TIKVA WOLFF and KEVIN SULLIVAN, Esq, her attorney.

     YOU ARE HEREBY NOTIFIED that Holland America Line Inc., by and through its attorneys, hereby enters its Appearance in this matter. All further papers and pleadings herein, except original process, should be served upon the undersigned attorneys at the address indicated below.

NOTICE OF APPEARANCE
No. CV09-0050 – Page 1

NIELSEN ■ SHIELDS
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | DATED this 2nd day of February, 2009. |
| 4 | |
| 5 | *s/Louis A. Shields* |
| | LOUIS A. SHIELDS, WSBA # 25740 |
| 6 | Nielsen Shields, PLLC |
| | 600 Stewart Street, Suite 1703 |
| 7 | Seattle, Washington 98101 |
| | Telephone:   206-728-1300 |
| 8 | Facsimile:   206-728-1302 |
| | Email:   las@nielsenshields.com |
| | Attorneys for Defendants |

NOTICE OF APPEARANCE
No. CV09-0050 – Page 2

1
2                           **CERTIFICATE OF SERVICE**
3         I hereby certify that on February 2, 2009, I electronically
   filed the foregoing with the Clerk of the Court using the CM/ECF
4  system, which will send notification of such filing to the following:
5         Kevin Sullivan, Esq.
          Sullivan & Thoreson
6         701 5th Avenue, Suite 4600
          Seattle, WA 98104
7
8         I certify under penalty of perjury under the laws of the State of
   Washington that the foregoing is true and correct.
9         Signed at Seattle, Washington.
10                    *s/Debra A. Young*
                      Legal Assistant
11                    600 Stewart Street, Suite 1703
                      Seattle, Washington 98101
12                    Telephone: 206-728-1300
                      Facsimile: 206-728-1302
13                    day@nielsenshields.com
14
15
16
17
18
19
20
21
22
23

NOTICE OF APPEARANCE
No. CV09-0050 – Page 3

20641 la290302

**NIELSEN ■ SHIELDS**
P L L C
600 Stewart Street, Suite 1703
Seattle, Washington 98101
206.728.1300