UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

APR 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIKVA WOLFF, | No. 10-35157 |
| Plaintiff - Appellant, | |
| | D.C. No. 2:09-cv-00050-RAJ |
| v. | Western District of Washington, Seattle |
| HOLLAND AMERICA LINES INC, a Washington corporation; et al., | |
| | ORDER |
| Defendants - Appellees. | |

Pursuant to stipulation of the parties, this appeal is voluntarily dismissed

with prejudice.  Fed. R. App. P. 42(b).  The parties shall bear their own fees and

costs.

This order served on the district court shall act as and for the mandate of this

court.

FOR THE COURT:

By:  Chris Goelz
Circuit Mediator

4/16/10/cg/mediation